**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE MORGAN STANLEY SMITH BARNEY LLC WAGE AND HOUR LITIGATION**<br><br>**MDL 2280** | Civ. No. 2:11-3121<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendants' motion for summary judgment and Plaintiffs' motion to strike portions of Defendants' response to Plaintiffs' counterstatement of facts; for the reasons set forth in the accompanying opinion;

**IT IS** on this 28th day of February 2017, hereby,

**ORDERED** that Defendants' motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' motion is **DENIED**; and it is further

**ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

*/s/ William J. Martini*
**WILLIAM J. MARTINI, U.S.D.J.**